IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NUMBER: 15-00963-BKT |
| MARIA CRISTINA COTTO LOPEZ | CHAPTER 7 |
| DEBTOR | |

## DEBTOR'S MOTION CONCERNING AMENDMENT TO SCHEDULE "F"

**TO THE HONORABLE COURT:**

**NOW COMES, MARIA CRISTINA COTTO LOPEZ,** debtor through their undersigned attorney Counsel, and very respectfully states and prays as follows:

1. The debtor is hereby submitting Amended Schedule "F", dated April 23, 2015, herewith and attached to this motion.

2. This amendment to Schedule "F" is filed **to include unsecured creditor named Depto de Transportacion y Obras Publicas, postal address, PO Box 41269, San Juan, PR 00940-1269.**

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9013(c) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Amended Schedule "F"
Case no. 15-00963/BKT7

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtor, Maria Cristina Cotto Lopez, to the creditor affected by the amendment: Depto de Transportacion y Obras Publicas, PO Box 41269, San Juan, PR 00940-1269; and creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this 23rd day of April, 2015.

*/s/Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL (787) 744-7699 FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

B6F (Official Form 6F) (12/07)

IN RE COTTO LOPEZ, MARIA CRISTINA _____ Case No. 3:15-bk-963
　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3499919803050643 <br> Amex <br> PO Box 297871 <br> Fort Lauderdale, FL 33329 | | | REVOLVING ACCOUNT OPENED 10/2012 <br> Credit Card | | | | 2,317.00 |
| ACCOUNT NO. XXX-XX-0837 <br> Avon <br> PO Box 363774 <br> San Juan, PR 00936-3774 | | | Consignment Sale | | | | 1,000.00 |
| ACCOUNT NO. 4549-2100-7380-1735 <br> Banco Popular De Puerto Rico <br> PO Box 3228 <br> San Juan, PR 00936 | | | REVOLVING ACCOUNT OPENED 10/2012 <br> Credit Card | | | | 2,457.00 |
| ACCOUNT NO. 70121010000188155767 <br> Coop De A/C De Los Miembros De La Union De Tronquistas <br> 357 Calle Del Parque <br> San Juan, PR 00912-3716 | | | Personal Loan | | | | 7,530.23 |

___3___ continuation sheets attached

Subtotal (Total of this page) $ 13,304.23

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE COTTO LOPEZ, MARIA CRISTINA                                         Case No. 3:15-bk-963
                           Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Carrero Crespo Law Offices PSC<br>Civil Num: KCD2009-1527<br>El Vedado 459 Hostos Ave<br>San Juan, PR 00918 | | | Assignee or other notification for:<br>Coop De A/C De Los Miembros De La Union | | | | |
| ACCOUNT NO. 37972920217100<br>COSTCO<br>PO Box 15521<br>Wilmington, DE 19850-5521 | | | Credit Card | | | | 2,000.00 |
| ACCOUNT NO. ICL518<br>Depto De Transportacion Y Obras Publicas<br>PO Box 41269<br>San Juan, PR 00940-1269 | | | #Ticket: 15270545 =$76.50; #Ticket: 15254002 =$76.50; #Ticket: 13966484 =$101.00; #Ticket: 13870132 =$101.00; #Ticket: 13870131 =$101.00; #Ticket: 13757099 =$101.00; #Ticket: 13659710 =$101.00; #Ticket: 12706684 =$101.00; #Ticket: 12666442 =$101.50; #Ticket: 12666441 =$101.50; #Ticket: 12625768 =$101.00; #Ticket: 12533600 =$101.00; #Ticket: 12438679 =$101.00; #Ticket: 12438678 =$101.00; #Ticket: 12425690 =$101.75; #Ticket: 12425689 =$100.50; #Ticket: 12425688 =$100.50; #Ticket: 12425687 =$101.00; #Ticket: 12425686 =$101.00; #Ticket: 12425685 =$101.75; #Ticket: 12425684 =$100.50; #Ticket: 12425683 =$100.50; #Ticket: 12425682 | | | | 3,084.00 |
| ACCOUNT NO. | | | 12340788 =$101.00; #Ticket: 12340787 =$101.00; #Ticket: 12298752 =$101.50; #Ticket: 12277210 =$101.00; #Ticket: 12248253 =$101.50; #Ticket: 12248252 =$101.00 | | | | |
| ACCOUNT NO. 2188062<br>Depto De Transportacion Y Obras Publicas<br>PO Box 41269<br>San Juan, PR 00940-1269 | | | Ticket #: 31989237=($250.00); Ticket #: 27397604= ($50.00) | | | | 300.00 |
| ACCOUNT NO. 5222-1310-2109-6262<br>First Bank Puerto Rico<br>Ponce De Leon Av Stop 23<br>San Juan, PR 00901 | | | REVOLVING ACCOUNT OPENED 6/2006<br>Credit Card | | | | 2,529.00 |
| ACCOUNT NO. 1510102590981<br>Island Finance<br>PO Box 71504<br>San Juan, PR 00936 | | | INSTALLMENT ACCOUNT OPENED 1/2013 | | | | 5,000.00 |

Sheet no. 1 of 3 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 12,913.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE COTTO LOPEZ, MARIA CRISTINA                         Case No. 3:15-bk-963
　　　　　　　　　Debtor(s)                                       (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 529181<br>Komodidad Distributors<br>PO Box 6359<br>Caguas, PR 00726 | | | OPEN ACCOUNT OPENED 1/2011 | | | | 1,068.00 |
| ACCOUNT NO. 8228630020258540<br>Liberty Cablevision Of PR<br>PO Box 719<br>Luquillo, PR 00773 | | | Utility Bill | | | | 563.29 |
| ACCOUNT NO. 5521-9607-0003-7710<br>Santander Financial Services<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | | | OPEN ACCOUNT OPENED 3/2014<br>Credit Card | | | | 4,767.00 |
| ACCOUNT NO.<br>Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | | | Assignee or other notification for:<br>Santander Financial Services | | | | |
| ACCOUNT NO. 5049941452460444<br>Sears/Cbna<br>PO Box 6282<br>Sioux Falls, SD 57117 | | | REVOLVING ACCOUNT OPENED 10/2012<br>Credit Card | | | | 1,795.00 |
| ACCOUNT NO.<br>Citibank<br>PO Box 469100<br>Escondido, CA 92046-9100 | | | Assignee or other notification for:<br>Sears/Cbna | | | | |
| ACCOUNT NO.<br>Capital Management Services, LP<br>PO Box 120<br>Buffalo, NY 14220-0120 | | | Assignee or other notification for:<br>Sears/Cbna | | | | |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 8,193.29

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE COTTO LOPEZ, MARIA CRISTINA _____ Case No. 3:15-bk-963 _____
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6034610075414279<br>Syncb/Home Design Furn<br>PO Box 965036<br>Orlando, FL 32896 | | | REVOLVING ACCOUNT OPENED 11/2012<br>Credit Card | | | | 2,200.00 |
| ACCOUNT NO.<br>GE Capital Retail Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 | | | Assignee or other notification for:<br>Syncb/Home Design Furn | | | | |
| ACCOUNT NO. 6032203020937826<br>Syncb/Walmart<br>PO Box 965024<br>Orlando, FL 32896 | | | REVOLVING ACCOUNT OPENED 10/2012<br>Credit Card | | | | 1,560.38 |
| ACCOUNT NO. 7030017000289061<br>Td Rcs/Advance Auto<br>PO Box 28102<br>Miami, FL 33102-8102 | | | REVOLVING ACCOUNT OPENED 12/2012<br>Credit Card | | | | 722.00 |
| ACCOUNT NO. 6035320416522793<br>Thd/Cbna<br>PO Box 6497<br>Sioux Falls, SD 57117 | | | REVOLVING ACCOUNT OPENED 11/2012<br>Credit Card | | | | 1,140.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 3 of 3 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 5,622.38

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ 40,032.90

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE COTTO LOPEZ, MARIA CRISTINA                          Case No. 3:15-bk-963
                    Debtor(s)                                           (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR  Sch "F"

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___4___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 04/23/2015        Signature: _Maria C Cotto Lopez_
                                   MARIA CRISTINA COTTO LOPEZ                               Debtor

Date: _____    Signature: _____
                                                            (Joint Debtor, if any)
                                   [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                                    _____
                                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Label Matrix for local noticing
0104-3
Case 15-00963-BKT7
District of Puerto Rico
Old San Juan
Thu Apr 23 16:08:52 AST 2015

COOP A/C CAGUAS
PO BOX 1252
CAGUAS, PR 00726-1252

POPULAR AUTO
PO BOX 366818
SAN JUAN, PR 00936-6818

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

Amex
PO Box 297871
Fort Lauderdale, FL 33329-7871

Avon
PO Box 363774
San Juan, PR 00936-3774

Banco Popular De Puerto Rico
PO Box 3228
San Juan, PR 00936

Banco Popular De Puerto Rico
PO Box 363228
San Juan, PR 00936-3228

COSTCO
PO Box 15521
Wilmington, DE 19850-5521

Capital Management Services, LP
PO Box 120
Buffalo, NY 14220-0120

Carrero Crespo Law Offices PSC
Civil Num: KCD2009-1527
El Vedado 459 Hostos Ave
San Juan, PR 00918

Citibank
PO Box 469100
Escondido, CA 92046-9100

Coop Caguas
PO Box 1252
Caguas, PR 00726-1252

Coop De A/C De Los Miembros De La Union
De Tronquistas
357 Calle Del Parque
San Juan, PR 00912-3716

Depto De Transportacion Y Obras Publicas
PO Box 41269
San Juan, PR 00940-1269

FIRST BANK
CONSUMER SERVICE CENTER
BANKRUPTCY DIVISION (CODE 248)
PO BOX 9146
SAN JUAN PR 00908-0146

First Bank Puerto Rico
Ponce De Leon Av Stop 23
San Juan, PR 00901

GE Capital Retail Bank
PO Box 960061
Orlando, FL 32896-0061

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Island Finance
PO Box 71504
San Juan, PR 00936-8604

Komodidad Distributors
PO Box 6359
Caguas, PR 00726-6359

Liberty Cablevision Of PR
PO Box 719
Luquillo, PR 00773-0719

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

POPULAR AUTO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PUERTO RICO 00936-6818

Santander Financial Services
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Sears/Cbna
PO Box 6282
Sioux Falls, SD 57117-6282

Syncb/Home Design Furn
PO Box 965036
Orlando, FL 32896-5036

Syncb/Walmart
PO Box 965024
Orlando, FL 32896-5024

Td Rcs/Advance Auto
PO Box 28102
Miami, FL 33102-8102

Thd/Cbna
PO Box 6497
Sioux Falls, SD 57117-6497

| | | |
|---|---|---|
| Tomas Merced Babilonia<br>Urb Villa Blanca 51 Topacio Street<br>Caguas, PR 00725-1952 | MARIA CRISTINA COTTO LOPEZ<br>PO BOX 130<br>JUNCOS, PR 00777-0130 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | ROBERTO ROMAN VALENTIN<br>US TRUSTEES OFFICE<br>PO BOX 9024003<br>SAN JUAN, PR 00902-4003 | End of Label Matrix<br>Mailable recipients 34<br>Bypassed recipients 0<br>Total 34 |